UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PLANNED PARENTHOOD GULF COAST, INC.; JANE DOE #1; JANE DOE #2; AND JANE DOE #3,<br>    *Plaintiffs,*<br>v.<br><br>KATHY KLIEBERT, SECRETARY, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS,<br>    *Defendant* | CIVIL ACTION NO.<br><br>3:15-cv-00565-JWD-SCR |

### MOTION FOR LEAVE OF COURT TO AMEND PAPERS

NOW INTO COURT, through undersigned counsel, comes Defendant, Kathy Kliebert, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals, which and who respectfully asks that this Court grant leave so that Defendant can amend Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order (ECF Doc. 13) and substitute the Declaration of Director Ruth Kennedy (ECF Doc. 13-2), attached to Defendant's Opposition as Exhibit 2.  The original Opposition and Declaration were filed on August 27, 2015.

Defendant seeks leave of Court to amend and substitute these papers pursuant to Defendant's duty to provide accurate information to the Court.  More specifically, Defendant seeks leave of court to substitute the Declaration of Director Ruth Kennedy, and amend Defendant's Opposition citing thereto accordingly, in the following three (3) material respects:

1. Defendant seeks leave of court to clarify the number of actively enrolled Medicaid providers that can provide family planning and related services in the New Orleans and Baton Rouge areas, cited within Defendant's Opposition and

1

reflected on the corresponding list submitted to the Court annexed to Director Kennedy's Declaration as Exhibit 1.

2. Defendant through counsel in good faith represented to the Court that there have been no other occasions wherein the provisions of La. R.S. § 437.11(D)(1) have been utilized to terminate provider agreements, whereas further investigation by Defendant has revealed prior utilization of the statute. Defendant is compelled to supplement the record and seeks leave of court thereto in order to clarify utilization of § 437.11(D)(1) prior to the terminations at issue in this case.

3. Defendant seeks leave of court to provide information regarding the point of access for family planning and related services in the New Orleans and Baton Rouge areas.

In all other respects, Defendant seeks to raise no other issues or objections, whether based on law or fact.

Defendant respectfully represents that the Department of Health and Hospitals has had opportunity to conduct further investigation in light of the inquiries raised by the Court and can file such papers by close of business on Tuesday, September 8, 2015.

Respectfully submitted on this 4th day of September, 2015,

                                                /s/ Ryan J. Romero
Stephen R. Russo, T.A. (La. Bar Roll No. 23284)
Kimberly L. Humbles (La. Bar Roll No. 24465)
Kimberly L. Sullivan (La. Bar Roll No. 27540)
Ryan J. Romero (La. Bar Roll No. 35987)
Louisiana Department of Health & Hospitals
628 N. 4th Street, Bienville Building
P. O. Box 3836
Baton Rouge, LA   70821-3836
Telephone: (225) 342-1128
Facsimile: (225) 342-2232

Email: Stephen.Russo@LA.GOV
Email: Kimberly.Humbles@LA.GOV
Email: Kimberly.Sullivan@LA.GOV
Email: Ryan.Romero@LA.GOV

*Attorneys for Defendant, Kathy Kliebert*

### CERTIFICATE STATING THE POSITION OF THE OTHER PARTIES

In accordance with Local Civil Rule 7(e), Defendant has attempted to obtain consent for the filing and granting of this motion from all parties having an interest to oppose prior to the filing of this motion with the Court. The position of the other parties with regard to the three (3) material respects delineated above is as follows:

1. Plaintiffs do not oppose Defendant's providing a corrected list of providers;

2. Plaintiffs do not object to Defendant's providing evidence regarding prior occasions of the utilization of La. R.S. § 437.11(D)(1), and evidence of such use that Defendant intends to file has been shared with Plaintiffs;

3. Plaintiffs do oppose the submission of any new information regarding point of access for family planning and related services in the New Orleans and Baton Rouge areas and have indicated that they will seek leave to respond if the Court allows such submission.

  /s/ Ryan J. Romero
Ryan J. Romero (La. Bar Roll No. 35987)
Louisiana Department of Health & Hospitals

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2015, a copy of the foregoing Motion for Leave of Court to Amend Papers was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties/counsel of record by operation of the Court's electronic filing system.

        /s/ Ryan J. Romero
        Ryan J. Romero (La. Bar Roll No. 35987)
        Louisiana Department of Health & Hospitals