UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PLANNED PARENTHOOD GULF
COAST, INC.; JANE DOE #1;
JANE DOE #2; AND JANE DOE# 3

VERSUS

KATHY KLIEBERT, SECRETARY,
LOUISIANA DEPARTMENT OF
HEALTH AND HOSPITALS

CIVIL ACTION

NO: 15-565-JWD-SCR

**ORDER**

Before the Court is Defendant Kathy Kliebert's Motion for Leave of Court to Amend Papers (Doc. 32). According to certificate filed in accordance with Local Rule 7(e), the motion is opposed in part (Doc. 32, p. 3). In her motion, Defendant moves this Court for leave to substitute a new Declaration of Director Ruth Kennedy for one previously filed (Doc. 13-2) in order to "clarify the number of actively enrolled Medicaid providers that can provide family planning and related services in the New Orleans and Baton Rouge areas..." (Doc. 32, p. 1) However, the new Declaration is not attached and, according to the mover, is to be filed "by the close of business on Tuesday, September 8, 2015" (Doc. 32, p. 2). In addition, Defendant seeks leave to amend her previous filing to "clarify utilization of La. R.S. Section 437.11(D)(1) prior to the terminations at issue in this case" (Doc. 32, p. 2). Finally, Defendant moves to amend her previous filing to "provide information regarding the point of access for family planning and related services in the New Orleans and Baton Rouge areas" (Doc. 32, p. 2). The proposed amended pleading in which these clarifications are made are not attached to Defendant's motion but, again, are promised by the close of business on September 8, 2015.

Because the motion is opposed in part and because the proposed substituted and amending pleadings are not attached to the motion, the matter is set for telephone conference on Wednesday, September 9, 2014 at 1:30 p.m. so that the Court and all parties may have the opportunity to view the proposed pleadings and argument can be heard. The Court directs the Defendant to file the proposed filings no later than 5 p.m. on September 8, 2015.

Signed in Baton Rouge, Louisiana, on September 8, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**