UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PLANNED PARENTHOOD GULF COAST, INC.; JANE DOE #1; JANE DOE #2; AND JANE DOE #3,<br>                    *Plaintiffs,*<br>v.<br><br>KATHY KLIEBERT, SECRETARY, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS,<br>                    *Defendant* | CIVIL ACTION NO.<br>3:15-cv-00565-JWD-SCR |

## DEFENDANT'S AMENDED OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Defendant, Kathy Kliebert, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals (LDHH), files this Amended Opposition to Plaintiffs' Motion for Temporary Restraining Order. The purpose of this amended opposition is to clarify the list of Medicaid providers attached to the Declaration of Ruth Kennedy [Rec. Doc. 13-2], to identify a more complete list of Medicaid providers authorized to provide family planning and related services to Planned Parenthood Gulf Coast's (PPGC) patients, and to clarify LDHH's previous use of La R.S. 46:437.11(D)(1).  In the furtherance of judicial efficiency and to avoid duplication, LDHH hereby incorporates its arguments set forth in Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order [Rec. Doc.13].

**I.    Clarification of the list of Medicaid providers attached to the Declaration of Ruth Kennedy**

The Declaration of Director Ruth Kennedy attached to LDHH's original Opposition as Exhibit 1 included a list of Medicaid Providers in regions one and two who could provide family planning and related services.  [Rec. Doc. 13-2].  Following

questioning from the Court at the September 2, 2015 hearing, Ms. Kennedy ordered a comprehensive review of Exhibit 1 and discovered that nursing facilities and dentists should not have been included. The other provider types listed in Exhibit 1, however, are appropriate because of the scope of practice of their license. For example, any provider with prescriptive authority can prescribe contraceptive agents to Medicaid recipients and the prescription will be filled and paid. Also, Anesthesiologists can be reimbursed for their role in sterilization procedures and Radiologists can be reimbursed for reading ultrasounds, etc. related to reproductive/women's health issues. [See Amended Declaration of Ruth Kennedy][1].

**II.     The available Medicaid providers in the New Orleans and Baton Rouge areas**

The further review of the information in Exhibit 1 also revealed a more precise description of Medicaid providers in the New Orleans and Baton Rouge areas other than PPGC who are available to patients seeking family planning and related services. The LDHH Medicaid staff contacted each provider to confirm their availability to provide breast exams, cervical cancer screenings, prescription and/or injectable contraceptives and sexually transmitted infection screenings. The Medicaid staff also asked each of these clinics when their next available appointment for each of these services. The data was gathered, documented and geo-mapped. There are several clinics in close proximity to the PPGC New Orleans and Baton Rouge clinics that can provide the same or similar services as PPGC without lengthy wait times [See Amended Declaration of Ruth Kennedy].

---

[1] Paragraphs 1-7 and 9-12 of the Declaration of Director Ruth Kennedy remain the same. The Amended Declaration of Director Ruth Kennedy replaced paragraph 8 of the original Declaration with paragraphs 8a and 8b in the amended Declaration.

**III.     Clarification of LDHH's prior use of La. R.S. 46:437.11(D)(1)**

At the hearing of September 2, 2015, the Court asked counsel for LDHH if this was the first time that LDHH used La. R.S. 46:437.11(D)(1). LDHH counsel answered in the affirmative due to the extraordinary circumstances in the present case, which is correct. Upon further research, however, LDHH discovered that La. R.S. 46:437.11(D)(1) had been used on three prior distinguishable occasions. This statute was previously used for three Medicaid providers who did not refund money owed to LDHH revealed by a program integrity audit, numerous attempts to collect and opportunities for the providers to dispute the audit findings. Following these efforts, these three providers received a letter advising them of the thirty day at-will termination pursuant to La. R.S. 46:437.11(D)(1) [See Exhibit A].

**IV.      Conclusion**

This amended Opposition allows LDHH to correct misinformation inadvertently provided to the Court and to provide more detailed and comprehensive information relevant to the issues in dispute. LDHH prays that Plaintiffs' Motion for Temporary Restraining Order be denied.

Respectfully submitted,

 /s/ Kimberly Sullivan_____
Stephen Russo, T.A. (La. Bar No. 23284)
Kimberly Humbles (La. Bar No. 24465)
Kimberly Sullivan (La. Bar No. 27540)
Ryan Romero (La. Bar No. 35987)
628 N. 4th Street
Baton Rouge, LA  70802
Phone:  225-342-1128
Fax:  225-342-2232
stephen.russo@la.gov
kimberly.humbles@la.gov
kimberly.sullivan@la.gov
ryan.romero@la.gov

*Attorneys for Defendant, Kathy Kliebert*

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2015, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Kimberly Sullivan_____
Kimberly Sullivan
Attorney for Defendant Kathy Kliebert