UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PLANNED PARENTHOOD GULF COAST, INC.; JANE DOE #1; JANE DOE #2; AND JANE DOE #3,<br>*Plaintiffs,*<br>v.<br><br>KATHY KLIEBERT, SECRETARY, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS,<br>*Defendant* | CIVIL ACTION NO.<br><br>3:15-cv-00565-JWD-SCR |

**AMENDED DECLARATION OF DIRECTOR RUTH KENNEDY**

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. My name is Ruth Kennedy, and I am the Medicaid Director of the Louisiana Department of Health and Hospitals ("the Department").

2. I have been serving as the Medicaid Director since July 2012.

3. I served previously as the Deputy Medicaid Director of the Department from October 1999 to July 2012.

4. Prior to October 1999, I have served in the office within the Department responsible for the administration and operation of the Medicaid Program in Louisiana in various supervisory and managerial capacities beginning in June 1992.

5. As the Medicaid Director, I serve as the administrator of the Bureau of Health Services Financing (BHSF), the agency within the Department that sets the policy for health care reimbursement for federally mandated and other medical services, and manage all related activities, including enrollment of participants, determining benefits and services to be provided, health care delivery systems, quality, policy enforcement, and rate setting.

6. There are no Medicaid services that only family planning clinics provide that could not be provided.by other enrolled Medicaid providers in the State of Louisiana, including in New Orleans and Baton Rouge.

7. Any physician/physician extender and appropriately certified lab can provide family planning and related services in the State of Louisiana as long as it is within their license and scope.

8a. Upon becoming aware of this Honorable Court's questions as to the types of providers that were included in Exhibit 1 to my first Declaration, I ordered a comprehensive review of this exhibit and have since discovered that nursing facilities and dentist should not have been included in Exhibit 1. [Rec. Doc. 13-2]. The other provider types included in Exhibit 1 are appropriate due to what they are allowed to do under the scope of their license. For example, any provider with prescriptive authority can prescribe contraceptive agents to a Louisiana Medicaid recipient and the prescription will be filled and paid. Other examples are anestheologist, who can be reimbursed for their role in sterilization procedures and radiologist, who can be reimbursed for reading ultrasounds, etc. related to reproductive/women's health issues.

8b. During this more in-depth review, I instructed by staff to gather information from available Medicaid providers in proximity to the two Planned Parenthood locations in New Orleans and Baton Rouge, Louisiana. They asked these providers about which family planning and related services they provided and approximate times of the next available appointment for family planning and related services. The results of this inquiry are attached as Exhibits A1, A2 and A3

9. On August 6, 2015, a conference call was convened between the personnel at the Centers for Medicare and Medicaid Services (CMS), the Department, and counsel for the Department of Health and Human Services (HHS) regarding the action taken relative to the participation of Planned Parenthood Gulf Coast, Inc., in the Louisiana Medicaid Program.

10. During the conference call, Secretary Kliebert and I were advised by CMS and HHS counsel that CMS has the authority to withhold federal Medicaid dollars from Louisiana or seek injunctive relief for the failure to comply with the Medicaid Act.

11. A subsequent conference call was convened on August 21, 2015, between personnel at CMS and the Department during which CMS advised that it would be sending a letter to the Department confirming what CMS and HHS counsel had verbally conveyed to the Department during the August 6, 2015 conference call. To date, the letter has not been received.

12. From January 1, 2015 through July 17, 2015, the four Planned Parenthood, Medicaid provider numbers 45802, 133673, 133689, and 91338 have been paid $213,599.83 in total by the Medicaid fiscal intermediary Molina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ruth Kennedy_____
Ruth Kennedy
Medicaid Director, Louisiana Department of Health and Hospitals

Executed on September 8, 2015.

# EXHIBIT A-1

| Company Name | Address (including City) | Distance from Planned Parenthood (Miles) | Phone # | Date Called/Caller | Rx Contraception Service Provided? | Rx Contraception Appt Wait Time? | Injectable Contraceptives Service Provided? | Injectable Contraceptives Appt Wait Time? | Cervical Cancer Screenings Service Provided? | Cervical Cancer Screenings Appt Wait Time? | Breast Exams Service Provided? | Breast Exams Appt Wait Time? | STI Screenings Service Provided? | STI Screenings Appt Wait Time? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital City Family Health Center | 4560 North Blvd, Ste 108, Baton Rouge | 0.71 | 201-0751 | 9/3/2015 / Kim Cezar | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks |
| Baton Rouge Primary Care | 153 N 17th St, Baton Rouge | 1.69 | 225-774-1120 | 9/3/2015 / Kim Cezar | Yes | 1-3 days, same day for est pt | Yes | 1-3 days, same day for est pt | Yes | 1-3 days, same day for est pt | Yes | 1-3 days, same day for est pt | Yes | 1-3 days, same day for est pt |
| LSU Health-OLOL | 1401 North Foster, Baton Rouge | 1.92 | 987-9000 | 9/3/2015 / Libby Gonzales | No | | No | | Yes | MDs not accepting new patients | Yes | MDs not accepting new pts | Yes | MDs not accepting new pts |
| LSU Health-OLOL | 5439 Airline Hwy, Baton Rouge | 6.51 | 358-2280 | 9/3/2015 / Libby Gonzales | No | | No | | Yes | | Yes | | Yes | |
| LSU Women's Clinic | Womans Hospital, Baton Rouge | 8.48 | 225-215-7960 | 9/3/2015 / Libby Gonzales | Yes | 3 wks-estab pt Nov 1 for a new pt | yes | 3 wks-estab pt Nov 1 for new | yes | 3 wks-estab pt Nov 1 for new | yes | 3 wks-estab pt Nov 1 for new | yes | 3 wks-estab pt Nov 1 for new |
| Ruth Fertel | 711 N Broad St, New Orleans | 4.69 | (504) 609 3500 | 9/3/2015 / Amara Blust | Yes | Same Day or Next day | Yes | Same Day or Next day | Yes | Same Day or Next day | Yes | Same Day or Next day | Yes | Same Day or Next day |
| UMC | Canal Street, New Orleans | 1.97 | 504-702-5700 | 9/3/2015 / Amara Blust | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks |
| City of New Orleans Health Dept. – Health Care for the Homeless (HCH) | 2222 Simon Bolivar Ave., 2nd Floor New Orleans, LA 70113 | 1.9 | (504) 658-2785 | 9/3/2015 / Susan Badeaux | Yes | no wait time | Yes | no wait time | Yes | within 24 hours | Yes | within 24 hours | Yes | within 24 hours |
| City of New Orleans Health Dept. – VA Community Resource and Referral Center | 1530 Gravier St. New Orleans, LA 70112 | 3.8 | (504) 658-2785 | 9/3/2015 / Susan Badeaux | Yes | no wait time | Yes | no wait time | Yes | within 24 hours | Yes | within 24 hours | Yes | within 24 hours |
| Common Ground Health Clinic | 1400 Teche St New Orleans, LA 70114 | 6.7 | (504) 361-9800 | 9/3/2015 / Susan Badeaux | Yes | no wait time | Yes | no wait time | Yes | no wait time | Yes | no wait time | Yes | no wait time |
| Daughters of Charity Health Center - Carrollton | 3201 S Carrollton Ave. New Orleans, LA 70118 | 3.6 | (504) 207-3060 | 9/3/2015 / Susan Badeaux | no | no | no | no | Yes | 1 day | yes | 1day | Yes | 1day |
| Daughters of Charity Health Center - St. Cecilia | 1030 Lesseps St. New Orleans, LA 70117 | 7.2 | (504) 207-3060 | 9/3/2015 / Susan Badeaux | no | no | no | no | yes | 1 day | yes | 1 day | Yes | 1 day |
| Daughters of Charity Health Center - Gentilly | 100 Warrington Dr. New Orleans, LA 70117 | 3.6 | (504) 207-3060 | 9/3/2015 / Susan Badeaux | no | no | no | no | yes | 1 day | yes | 1 day | Yes | 1 day |
| EXCELth Family Health Center - Gentilly | 2050 Caton St. New Orleans, LA 70122 | 7 | (504) 620-9868 | 9/3/2015 / Susan Badeaux | YES | No More than 2 DAYS | YES | No More than 2 DAYS | YES | No More than 2 DAYS | YES | No More than 2 DAYS | Yes | No More than 2 DAYS |
| EXCELth Family Health Center – Algiers | 4422 Gen Meyer Ave. Suite 103 New Orleans, LA 70131 | 7.5 | (504) 526-1179 | 9/3/2015 / Susan Badeaux | YES | No More than 2 DAYS | YES | No More than 2 DAYS | YES | No More than 2 DAYS | YES | No More than 2 DAYS | Yes | No More than 2 DAYS |
| University Medical Center New Orleans and Practice Location | 2000 Canal St. New Orleans, LA 70112 | 4.2 | (504) 702-5700 | 9/3/2015 / Susan Badeaux | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks | Yes | 2-3 weeks |
| New Orleans Musicians' Clinic | 3700 St Charles Ave. New Orleans, LA 70115 | 0.6 | (504) 412-1366 | 9/3/2015 / Susan Badeaux | Yes | 1 day | Yes | 1 day | Yes | 1 day | Yes | 1 day | Yes | 1 day |
| NO/Aids Task Force d.b.a CrescentCare Specialty Center | 2601 Tulane Ave, Suite 500 New Orleans, LA 70119 | 3.5 | (504) 821-2601 | 9/3/2015 / Susan Badeaux | YES | less than a week | YES | less than a week | YES | less than a week | YES | less than a week | YES | next day |
| CrescentCare Specialty Center – Family Care Services Center | 4640 S. Carrollton Ave., Suite 120 New Orleans, LA 70119 | 4.3 | (504) 378-0427 | 9/3/2015 / Susan Badeaux | YES | less than a week | YES | less than a week | YES | less than a week | YES | less than a week | YES | next day |
| CrescentCare Specialty Center – CrescentCare Health and Wellness | 3308 Tulane Ave. New Orleans, LA 70119 | 3.6 | (504) 207-2273 | 9/3/2015 / Susan Badeaux | YES | less than a week | YES | less than a week | YES | less than a week | YES | less than a week | YES | next day |

| Company Name | Address (including City) | Distance from Planned Parenthood (Miles) | Phone # | Date Called/Caller | Rx Contraception | | Injectable Contraceptives | | Cervical Cancer Screenings | | Breast Exams | | STI Screenings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Service Provided? | Appt Wait Time? | Service Provided? | Appt Wait Time? | Service Provided? | Appt Wait Time? | Service Provided? | Appt Wait Time? | Service Provided? | Appt Wait Time? |
| Odyssey House Community Clinic | 1125 N Tonti St. New Orleans, LA 70119 | 4.7 | (504) 383-8559 | 9/3/2015 / Susan Badeaux | yes | 2 weeks | yes | 2 week | yes | 4 weeks | yes | 1 week | yes | 1 week |
| St. Thomas Community Health Center – Mahalia Jackson | 2405 Jackson Ave. Building B, Suite 222 New Orleans, LA 70130 | 2.2 | (504) 529-5558 | 9/3/2015 / Susan Badeaux | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day |
| St. Thomas Community Health Center – Donald T. Erwin Center | 1936 Magazine St. New Orleans, LA 70130 | 2 | (504) 529-5558 | 9/3/2015 / Susan Badeaux | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day |
| St. Thomas Community Health Center | 1020 St. Andrew St. New Orleans, LA 70130 | 1.6 | (504) 529-5558 | 9/3/2015 / Susan Badeaux | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day |
| St. Thomas Community Health Center - Columbia Parc | 3943 St. Bernard Ave. New Orleans, LA 70122 | 6.3 | (504) 529-5558 | 9/3/2015 / Susan Badeaux | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day |
| St. Thomas Community Health Center – LB Landry Community Clinic | 1200 L B Landry New Orleans, LA 70114 | 6.2 | (504) 529-5558 | 9/3/2015 / Susan Badeaux | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day | Yes | same day/next day |
| Ruth U. Fertel Community Health Center - AHL | 711 N Broad St. New Orleans, LA 70119 | 4.4 | (504) 609-3500 | 9/3/2015 / Susan Badeaux | Yes | 1-3 days | Yes | 1-3 days | Yes | 1-3 days | Yes | 1-3 days | Yes | 1-3 days |
| South Broad Community Health - AHL | 3300 South Broad St. New Orleans, LA 70125 | 2.4 | (504) 575-3712 | 9/3/2015 / Susan Badeaux | Yes | 1-3 days | Yes | 1-3 days | Yes | 1-3 days | Yes | 1-3 days | Yes | 1-3 days |
| Tulane Drop-In Clinic at Covenant House | 611 N Rampart St. New Orleans, LA 70112 | 4.5 | (504) 584-1112 | 9/3/2015 / Susan Badeaux | Yes | 1-2 days | Yes | 1-2 days | Yes | 1-2 days | Yes | 1-2 days | Yes | 1-2 days |

# EXHIBIT A-2



**Louisiana Dept. of Health and Hospitals,**

**Office of Public Health**

**Center for Population Health Informatics.**

**Basemap: ESRI,DeLorme,Navteq**

# EXHIBIT A-3

**Louisiana Dept. of Health and Hospitals,**

**Office of Public Health**

**Center for Population Health Informatics.**

**Basemap: ESRI,DeLorme,Navteq**

