# EXHIBIT A

**Bobby Jindal**
GOVERNOR



**Kathy H. Kliebert**
SECRETARY

# State of Louisiana

Department of Health and Hospitals
Office of Management and Finance

May 15, 2014

<u>CERTIFIED MAIL NUMBER</u>
<u>RETURN RECEIPT REQUESTED</u> 7012 2210 0001 6258 8357

(0089389) & (0066714)
Regina Fakner MD LLC
845 Olive St/Ste A
Shreveport, LA 71104-2101

Tax ID#: 260097171
SS#: ███████
NPI#: 1376618439 &
       1144297490

Attention: Regina Fakner:

**RE: Termination of Provider Agreement**

Dear Ms. Fakner:

This notice is to inform you that the Department of Health and Hospitals (DHH) is terminating your provider agreement with the Louisiana Title XIX Medical Assistance Program (Medicaid). Pursuant to La-R.S.46:437.11(D)(1), the Secretary may voluntarily terminate a provider agreement with a thirty-day notice.

On April 19, 2013, DHH sent its third demand notice informing you of a $5,125.67 outstanding overpayment balance.

Since you made no attempt to correct your outstanding balance, your Medicaid Provider Agreements for the aforementioned provider numbers will be terminated effective, <u>**June 15, 2014**</u>, and you will be prohibited from any further participation in the Medicaid program until the outstanding debt is satisfied.

You are entitled to an administrative review of this action. Initially you should request an Informal Review at which you are entitled to present information in writing or orally, present documents, and to inquire as to the reasons for our determination. You must make your request for an Informal Review in writing and within fifteen (15) calendar days (including Saturdays and Sundays) of receipt of this notice. *Your written request must be sent to:*

Department of Health and Hospitals
Bienville Building
Program Integrity Section
ATTN: Compliance Staff
P.O. Box 91030
Baton Rouge, LA 70821-9030

You may be represented by an attorney or authorized representative at the Informal Review. Your attorney or authorized representative must file a written notice of representation identifying himself/herself by name, address, and telephone number at the address given above.

Bienville Building • 628 North 4th Street • P.O. Box 629 • Baton Rouge, Louisiana 70821-0629
Phone #: 225/342-9509 • Fax #: 225/342-5568 • *WWW.DHH.LA.GOV*
"An Equal Opportunity Employer"

May 15, 2014
Page 2

Following the Informal Review, you will receive written notice of the Results of the Informal Review from which you are entitled to seek an administrative appeal before the Division of Administrative Law-HH Section.

You may choose to forego the Informal Hearing and instead request an Administrative Appeal. Your request for an Administrative Appeal must be in writing and must set out the reasons for which you are seeking an appeal and the basis on which you disagree with the department's decision.

All requests for an Administrative Appeal must be received within thirty (30) calendar days of the receipt of the Notice of Informal Review, or, if no Informal Hearing is requested, within (30) calendar days of the receipt of Notice of Termination. Request for an Administrative Appeal must be sent to the address below:

> Division of Administrative Law-HH Section
> P.O. Box 4189
> Baton Rouge, LA 70821-4189
> Phone: (225) 342-0443/Fax: (225) 219-9823

You may be represented by an attorney or authorized representative at the Administrative Appeal. Your attorney or authorized representative must file a written notice of representation identifying his/her name, address, and telephone number at the address given above.

Please send a copy of this request to the Program Integrity Compliance Unit at P.O. Box 91030, Baton Rouge, LA 70821-9030.

If you have any questions regarding this correspondence, you may contact the compliance section at (225) 219-4149.

Sincerely,

W. Jeff Reynolds
Undersecretary

JR/JK
cc:
Fred Duhy, MFCU
Karen Nicholson, Molina PE
Cecile Castillo, Health Standards
Terry Copper, Health Standards
Paul Rhorer, OCDD
Susan Jackson, OAAS
Jeanne Rube-Molina SURS



Bobby Jindal
GOVERNOR

Kathy H. Kliebert
SECRETARY

# State of Louisiana

Department of Health and Hospitals
Office of Management and Finance

May 15, 2014

<u>CERTIFIED MAIL NUMBER</u>
<u>RETURN RECEIPT REQUESTED 7012 2210 0001 6258 8340</u>

(0044810)
Multipractice Clinic
Linda Sharpless
43262 Crouse Drive
Hammond, LA
70458

Tax ID #: 30-00696287

NPI#: 1184615726

SS#: ▓▓▓▓▓▓▓

Attention:  Linda Sharpless

**RE:  Termination of Provider Agreement**

Dear Ms. Sharpless:

This notice is to inform you that the Department of Health and Hospitals (DHH) is terminating your provider agreement with the Louisiana Title XIX Medical Assistance Program (Medicaid). Pursuant to La-R.S.46:437.11(D)(1), the Secretary may voluntarily terminate a provider agreement with a thirty-day notice.

On October 8, 2013, DHH sent you a final demand notice for a $43,206.08 outstanding overpayment balance.

Since you made no attempt to correct your outstanding balance, your Medicaid Provider Agreements for the aforementioned provider numbers will be terminated effective, **June 15, 2014**, and you will be prohibited from any further participation in the Medicaid program until the outstanding debt is satisfied.

You are entitled to an administrative review of this action. Initially you should request an Informal Review at which you are entitled to present information in writing or orally, present documents, and to inquire as to the reasons for our determination. You must make your request for an Informal Review in writing and within fifteen (15) calendar days (including Saturdays and Sundays) of receipt of this notice. *Your written request must be sent to:*

Department of Health and Hospitals
Bienville Building
Program Integrity Section
ATTN:  Compliance Staff
P.O. Box 91030
Baton Rouge, LA  70821-9030

May 15, 2014
Page 2

You may be represented by an attorney or authorized representative at the Informal Review. Your attorney or authorized representative must file a written notice of representation identifying himself/herself by name, address, and telephone number at the address given above.

Following the Informal Review, you will receive written notice of the Results of the Informal Review from which you are entitled to seek an administrative appeal before the Division of Administrative Law-HH Section.

You may choose to forego the Informal Hearing and instead request an Administrative Appeal. Your request for an Administrative Appeal must be in writing and must set out the reasons for which you are seeking an appeal and the basis on which you disagree with the department's decision.

All requests for an Administrative Appeal must be received within thirty (30) calendar days of the receipt of the Notice of Informal Review, or, if no Informal Hearing is requested, within (30) calendar days of the receipt of Notice of Termination. Request for an Administrative Appeal must be sent to the address below:

> Division of Administrative Law-HH Section
> P.O. Box 4189
> Baton Rouge, LA 70821-4189
> Phone: (225) 342-0443
> Fax: (225) 219-9823

You may be represented by an attorney or authorized representative at the Administrative Appeal. Your attorney or authorized representative must file a written notice of representation identifying his/her name, address, and telephone number at the address given above.

Please send a copy of this request to the Program Integrity Compliance Unit at P.O. Box 91030, Baton Rouge, LA 70821-9030.

If you have any questions regarding this correspondence, you may contact the compliance section at (225) 219-4149.

Sincerely,

W. Jeff Reynolds
Undersecretary

JR/JK
cc:
Fred Duhy, MFCU
Karen Nicholson, Molina PE
Cecile Castillo, Health Standards
Terry Copper, Health Standards
Paul Rhorer, OCDD
Susan Jackson, OAAS
Jeanne Rube-Molina SURS

**Bobby Jindal**
GOVERNOR



**Kathy H. Kliebert**
SECRETARY

# State of Louisiana
Department of Health and Hospitals
Office of the Secretary
Program Integrity Section

January 7, 2015

**CERTIFIED MAIL NUMBER: RETURN RECEIPT REQUESTED 7004 1160 0003 2685 5134**

(0084936)
Willie E. Harkless, D.D.S.
4860 General Meyer Ave.
Suite B
New Orleans, LA 70131

Tax ID #: 72-1179187
SSN: ▓▓▓▓▓▓▓▓▓
NPI #    1225210180

Attention: Willie E. Harkless, D.D.S.

**RE: Termination of Provider Agreement**

Dear Dr. Harkless:

This notice is to inform you that the Department of Health and Hospitals (DHH) is terminating your provider agreement with the Louisiana Title XIX Medical Assistance Program (Medicaid). Pursuant to La-R.S.46:437.11(D)(1), the Secretary may voluntarily terminate a provider agreement with a thirty-day notice.

On August 18, 2014, DHH sent you a final demand notice for a $275,663.84 outstanding overpayment balance.

Since you made no attempt to correct your outstanding balance, your Medicaid Provider Agreements for the aforementioned provider numbers will be terminated effective, **January 23, 2015**, and you will be prohibited from any further participation in the Medicaid program until the outstanding debt is satisfied.

You are entitled to an administrative review of this action. Initially you should request an Informal Review at which you are entitled to present information in writing or orally, present documents, and to inquire as to the reasons for our determination. You must make your request for an Informal Review in writing and within fifteen (15) calendar days (including Saturdays and Sundays) of receipt of this notice. *Your written request must be sent to:*

Department of Health and Hospitals
Bienville Building
Program Integrity Section
ATTN: Compliance Staff
P.O. Box 91030
Baton Rouge, LA 70821-9030

You may be represented by an attorney or authorized representative at the Informal Review. Your attorney or authorized representative must file a written notice of representation identifying himself/herself by name, address, and telephone number at the address given above.

January 7, 2015
Page 2

Following the Informal Review, you will receive written notice of the Results of the Informal Review from which you are entitled to seek an administrative appeal before the Division of Administrative Law-HH Section.

You may choose to forego the Informal Hearing and instead request an Administrative Appeal. Your request for an Administrative Appeal must be in writing and must set out the reasons for which you are seeking an appeal and the basis on which you disagree with the department's decision.

All requests for an Administrative Appeal must be received within thirty (30) calendar days of the receipt of the Notice of Informal Review, or, if no Informal Hearing is requested, within (30) calendar days of the receipt of Notice of Termination. Request for an Administrative Appeal must be sent to the address below:

Division of Administrative Law-HH Section
P.O. Box 4189
Baton Rouge, LA 70821-4189
Phone: (225) 342-0443
Fax: (225) 219-9823

You may be represented by an attorney or authorized representative at the Administrative Appeal. Your attorney or authorized representative must file a written notice of representation identifying his/her name, address, and telephone number at the address given above.

Please send a copy of this request to the Program Integrity Compliance Unit at P.O. Box 91030, Baton Rouge, LA 70821-9030,

If you have any questions regarding this correspondence, you may contact the compliance section at (225) 342-1427.

Sincerely,

Jeff Reynolds
Undersecretary

JR/JK

cc:
Fred Duhy, MFCU
Karen Nicholson, Molina PE
Cecile Castillo, Health Standards
Terry Copper, Health Standards
Paul Rhorer, OCDD
Susan Jackson, OAAS
Jeanne Rube-Molina SURS