UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PLANNED PARENTHOOD GULF COAST, INC.; JANE DOE #1; JANE DOE #2; AND JANE DOE #3,<br>    *Plaintiffs,*<br>v.<br><br>KATHY KLIEBERT, SECRETARY, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS,<br>    *Defendant* | CIVIL ACTION NO.<br><br>3:15-cv-00565-JWD-SCR |

### ORDER

CONSIDERING the foregoing Motion to Seal Record and Substitute Paper:

IT IS HEREBY ORDERED is that CM/ECF Document 34-1 filed on September 8, 2015, be SEALED pursuant to Fed. R. Civ. P. 5.2(e)(2), prohibiting remote electronic access to the filing by a non-party;

IT IS FURTHER ORDERED that leave of court for Defendant to substitute a redacted version of CM/ECF Document 34-1 filed on September 8, 2015, for the public record is GRANTED.

Signed in Baton Rouge, Louisiana, on <u>September 10, 2015</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**