Bobby Jindal
GOVERNOR



Kathy H. Kliebert
SECRETARY

# State of Louisiana

Department of Health and Hospitals
Bureau of Legal Services

## BUREAU OF LEGAL SERVICES
## FAX TRANSMITTAL

| | |
|---|---|
| **DATE:** | September 14, 2015 |
| **TO:** | Judge John W. deGravelles |
| **FROM:** | Steve Russo |
| **RE:** | Planned Parenthood, et al. vs. Kliebert<br>Case No. 3:15-00565 |

**FAX NUMBER:** (225) 389-3569

**COMMENTS:**

**PAGES:** 11    (INCLUDING COVER SHEET)

### CONFIDENTIALITY NOTICE

**PRIVACY AND CONFIDENTIALITY WARNING:**

This message is from an attorney and may contain information that is confidential or legally privileged. Further, this e-mail may contain Protected Health Information (PHI), Individually Identifiable Health Information (IIHI) and other information which is protected by law.

This message is only for the use of the intended recipient. Use by an erroneous recipient or any other unauthorized individual or entity of information contained in, or attached to, this or any other e-mail message may result in legal action.

If you are not the intended recipient, you are hereby notified any review, disclosure/re-disclosure, copying, storing, distributing or the taking of action in reliance on the content of this e-mail and any attachments thereto, is strictly prohibited.

If you are not the intended recipient and/or have received this email in error, please (1) immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you, and (2) destroy the contents of this e-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored.

Thank you for your cooperation.

Bobby Jindal
GOVERNOR



Kathy H. Kliebert
SECRETARY

# State of Louisiana

Department of Health and Hospitals
Bureau of Legal Services

September 14, 2015

The Honorable John W. deGravelles
U.S. District Court Middle District of Louisiana
777 Florida Street, Ste. 355
Baton Rouge, LA 70801

RE:   Planned Parenthood, et al v. Kliebert
      Docket No. 3:15-00565

Dear Judge deGravelles,

This Court held a conference on September 9, 2015, in the above referenced matter. At that time, counsel for defendant, Secretary Kathy Kliebert, notified the Court that the decision had been made to rescind the at-will termination of all four Louisiana Medicaid provider numbers for Planned Parenthood Gulf Coast (PPGC). The four letters notifying PPGC of the rescissions were sent today via U.S. mail and email and are enclosed for filing in the official record.

Considering the attached letters which rescind the at-will terminations and the discussion at the conference on September 9, 2015, defendant believes that the Motion for Temporary Restraining Order is now moot. If this Court would like defendant to submit a proposed pleading or order regarding the Temporary Restraining Order, please notify counsel and such pleading/order will be submitted promptly.

Defendant also believes that the rescission of the at-will terminations resolves all issues before this Court in the above matter. As such, defendant has requested plaintiffs dismiss the matter. Defendant specifically reserves its rights to file a Motion to Dismiss, should such a filing become necessary.

Sincerely,

Kimberly Sullivan
DHH Deputy General Counsel

Bienville Building • 628 North 4th Street • P.O. Box 3836 • Baton Rouge, Louisiana 70821-3836
Phone #: (225) 342-1128 • Fax #: (225) 342-2232 • WWW.DHH.LA.GOV
"An Equal Opportunity Employer"

September 14, 2015
Page 2

Cc:   Carrie Flaxman
      Melissa Cohen
      William Rittenberg
      Megan Crowley

Enclosures

**Bobby Jindal**
GOVERNOR



**Kathy H. Kliebert**
SECRETARY

# State of Louisiana
## Department of Health and Hospitals
### Office of the Secretary

September 14, 2015

Planned Parenthood
ATTN: Melaney Linton
3955 Government Street, Ste. 2
Baton Rouge, LA 70806

Re:  Medicaid Provider Agreement
     Provider Number 133689

Dear Ms. Linton:

By letter dated August 3, 2015, you were provided with a 30-day notice of the Louisiana Department of Health and Hospital's (LDHH) termination of the above Medicaid provider agreement pursuant to La. R.S. 46:437.11 (at-will termination). This letter rescinds the at-will termination.

Based on the above, LDHH expects a full dismissal of the federal lawsuit, No. 3:15-00565 currently pending at the U.S. District Court for the Middle District of Louisiana, regarding the at-will termination, or LDHH will be filing a motion to dismiss based on mootness.

As the Court and your attorneys were previously notified, in the near future LDHH will be notifying you by separate communication of an exclusion/termination/revocation from the Louisiana Medicaid program for cause. Such notice would include rights to a suspensive appeal, with full due process rights in an administrative setting pursuant to state statute and the Medicaid state plan.

Sincerely,

*[signature]*

Kathy Kliebert
Secretary

2015-09-14 13:58        LADHH Legal           2253422232 >> udge deGravelles  P 5/11

Case 3:15-cv-00565-JWD-SCR   Document 38   09/15/15   Page 5 of 11

September 14, 2015
Page 2

Cc:  Planned Parenthood Gulf Coast
     William Rittenberg (via email)
     Carrie Flaxman (via email)
     Melissa Cohen (via email)

**Bobby Jindal**
GOVERNOR



**Kathy H. Kliebert**
SECRETARY

# State of Louisiana
Department of Health and Hospitals
Office of the Secretary

September 14, 2015

Planned Parenthood of Louisiana
ATTN: Melaney Linton
4018 Magazine St.
New Orleans, LA 70115

Re:   Medicaid Provider Agreement
      Provider Number 91338

Dear Ms. Linton:

By letter dated August 3, 2015, you were provided with a 30-day notice of the Louisiana Department of Health and Hospital's (LDHH) termination of the above Medicaid provider agreement pursuant to La. R.S. 46:437.11 (at-will termination). This letter rescinds the at-will termination.

Based on the above, LDHH expects a full dismissal of the federal lawsuit, No. 3:15-00565 currently pending at the U.S. District Court for the Middle District of Louisiana, regarding the at-will termination, or LDHH will be filing a motion to dismiss based on mootness.

As the Court and your attorneys were previously notified, in the near future LDHH will be notifying you by separate communication of an exclusion/termination/revocation from the Louisiana Medicaid program for cause. Such notice would include rights to a suspensive appeal, with full due process rights in an administrative setting pursuant to state statute and the Medicaid state plan.

Sincerely,

Kathy Kliebert
Secretary

Cc: Planned Parenthood Gulf Coast
William Rittenberg (via email)
Carrie Flaxman (via email)
Melissa Cohen (via email)

**Bobby Jindal**
GOVERNOR



**Kathy H. Kliebert**
SECRETARY

# State of Louisiana
### Department of Health and Hospitals
Office of the Secretary

September 14, 2015

Planned Parenthood of Houston
ATTN: Melaney Linton
4600 Gulf Hwy.
Houston, TX 77023

Re:  Medicaid Provider Agreement
     Provider Number 45802

Dear Ms. Linton:

By letter dated August 3, 2015, you were provided with a 30-day notice of the Louisiana Department of Health and Hospital's (LDHH) termination of the above Medicaid provider agreement pursuant to La. R.S. 46:437.11 (at-will termination). This letter rescinds the at-will termination.

Based on the above, LDHH expects a full dismissal of the federal lawsuit, No. 3:15-00565 currently pending at the U.S. District Court for the Middle District of Louisiana, regarding the at-will termination, or LDHH will be filing a motion to dismiss based on mootness.

As the Court and your attorneys were previously notified, in the near future LDHH will be notifying you by separate communication of an exclusion/termination/revocation from the Louisiana Medicaid program for cause. Such notice would include rights to a suspensive appeal, with full due process rights in an administrative setting pursuant to state statute and the Medicaid state plan.

Sincerely,

Kathy Kliebert
Secretary

September 14, 2015
Page 2

Cc:    Planned Parenthood Gulf Coast
       William Rittenberg (via email)
       Carrie Flaxman (via email)
       Melissa Cohen (via email)

Bobby Jindal
GOVERNOR



Kathy H. Kliebert
SECRETARY

# State of Louisiana
### Department of Health and Hospitals
Office of the Secretary

September 14, 2015

Planned Parenthood
ATTN: Melaney Linton
4018 Magazine St.
New Orleans, LA 70115

Re:     Medicaid Provider Agreement
        Provider Number 133673

Dear Ms. Linton:

By letter dated August 3, 2015, you were provided with a 30-day notice of the Louisiana Department of Health and Hospital's (LDHH) termination of the above Medicaid provider agreement pursuant to La. R.S. 46:437.11 (at-will termination). This letter rescinds the at-will termination.

Based on the above, LDHH expects a full dismissal of the federal lawsuit, No. 3:15-00565 currently pending at the U.S. District Court for the Middle District of Louisiana, regarding the at-will termination, or LDHH will be filing a motion to dismiss based on mootness.

As the Court and your attorneys were previously notified, in the near future LDHH will be notifying you by separate communication of an exclusion/termination/revocation from the Louisiana Medicaid program for cause. Such notice would include rights to a suspensive appeal, with full due process rights in an administrative setting pursuant to state statute and the Medicaid state plan.

Sincerely,

Kathy Kliebert
Secretary

September 14, 2015
Page 2

Cc:   Planned Parenthood Gulf Coast
      William Rittenberg (via email)
      Carrie Flaxman (via email)
      Melissa Cohen (via email)