UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PLANNED PARENTHOOD GULF
COAST, INC.; JANE DOE #1; JANE
DOE #2; and JANE DOE #3,

                Plaintiffs,

VERSUS

KATHY KLIEBERT, Secretary,
Louisiana Department of Health and
Hospitals,

                Defendant.

CIVIL ACTION

No. 3:15-cv-00565-JWD-SCR

## ORDER ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION

In accordance with the opinion entered on this date, (Doc. 63), it is the ORDER of this Court as follows:

(1) Defendant Kathy H. Kliebert's Motion to Dismiss (Doc. 53) is DENIED.

(2) Plaintiffs' Renewed Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 45) is GRANTED.

(3) Defendant, and all those acting in concert with her, are PRELIMINARILY ENJOINED from terminating any of its Medicaid provider agreements with Planned Parenthood Gulf Coast Inc., including, but not limited to, Provider Numbers 91338, 133689, 45802, and 133673. The preliminary injunction will remain in force until notified by this Court.

Signed in Baton Rouge, Louisiana, on October 29, 2015

                              **JUDGE JOHN W. deGRAVELLES**
                              **UNITED STATES DISTRICT COURT**
                              **MIDDLE DISTRICT OF LOUISIANA**