UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PLANNED PARENTHOOD GULF
COAST, INC.; JANE DOE #1; JANE
DOE #2; AND JANE DOE #3,                               NO. 3:15-cv-00565-JWD-SCR
            *Plaintiffs*

VERSUS

KATHY KLIEBERT, SECRETARY,
LOUISIANA DEPARTMENT OF HEALTH
AND HOSPITALS,
            *Defendant*

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Kathy Kliebert, Secretary, Louisiana Department of Health and Hospitals, appeals to the United States Court of Appeals for the Fifth Circuit from the Order on Defendant's Motion to Dismiss and Plaintiffs' Request for a Preliminary Injunction (Rec. Doc. No. 64) of the Honorable Judge John W. deGravelles, District Judge for the Middle District of Louisiana, entered in this matter on October 29, 2015, granting Plaintiffs' Motion for Preliminary Injunction (Rec. Doc. No. 45), denying Defendant's Motion to Dismiss (Rec. Doc. No. 53), and preliminarily enjoining Defendant from terminating any of Louisiana Department of Health and Hospitals' Medicaid provider agreements with Planned Parenthood Gulf Coast Inc.

Respectfully submitted this 4th day of November, 2015 by:

**FAIRCLOTH, MELTON & KEISER, LLC**

By:    /s/ Brook L. Villa

Jimmy R. Faircloth, Jr. (La. #20645)
jfaircloth@fairclothlaw.com
Brook Landry Villa (La. #31988)
bvilla@fairclothlaw.com
301 Main St., Suite 920
Baton Rouge, LA 70801
Phone: 225-343-9535

Fax: 225-343-9538

And

LOUISIANA DEPARTMENT OF
HEALTH AND HOSPITALS
Stephen Russo, T.A. (#23284)
stephen.russo@la.gov
Kimberly Humbles (#24465)
kimberly.humbles@la.gov
Kimberly Sullivan (#27540)
kimberly.sullivan@la.gov
Ryan Romero (#35987)
ryan.romero@la.gov
628 N. 4th Street
Baton Rouge, LA 70802
Phone: 225-342-1128
Fax: 225-342-2232

**ATTORNEYS FOR DEFENDANT, KATHY KLIEBERT, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2015, a true and correct copy of the foregoing Notice of Appeal was served on all counsel of record in the above-captioned matter by electronic means through the Court's ECF System.

/s/ Brook L. Villa
Brook L. Villa (#31988)