# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PLANNED PARENTHOOD GULF COAST, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    *v.*<br><br>COURTNEY PHILLIPS, in her official capacity as Secretary of the Louisiana Department of Health,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 15-00565-JWD |

## ORDER

Considering the Notice of Voluntary Dismissal, (Doc. 131);

**IT IS ORDERD** that (1) the injunction entered in this case (Doc. 64) is hereby VACATED; (2) the Motion to Lift Stay, set a Briefing Schedule on Rule 12 Motions, and vacate Preliminary Injunction filed by Defendant Courtney Phillips, in her official capacity as Secretary of the Louisiana Department of Health (Doc. 123) is DENIED AS MOOT; and (3) the claims by Plaintiffs against Defendant are VOLUNTARILY DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on <u>November 10, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**